

JEROME JASPERS (1916-1994)
DENNIS PATRICK MORIARTY
*KEVIN J. WETHERILLE
JAMES P. CONWAY
AMBER R. KOTH
LEAH KIPPOLA

May 13, 2015

Chief Judge Michael J. Davis
United States District Court          **VIA CM/ECF**
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    RE:    Disability Support Alliance, et al. v. Monali Inc, et al.
             Court File 15-CV-01522-MJD-TNL

Dear Chief Judge Davis,

This letter is a request for a status conference and early court oversight in this matter. After filing the Answer we requested a Rule 26(f) conference but opposing counsel refuses to conduct one with us. Plaintiffs have now filed a dispositive motion before any discovery could be conducted.  Defendants/Counter Claimants request a status conference as soon as possible to discuss the procedure and timing of next steps in this case.

        Very truly yours,
        JASPERS, MORIARTY AND WETHERILLE, P.A.

        */s/ James P. Conway*

        James P. Conway
        Attorneys at Law
        jconway@jmwlaw.com

CC:    Paul Hansmeier, Esq. – via CM/ECF
        Clients – via U.S. Mail

JASPERS MORIARTY & WETHERILE, P.A.
ATTORNEYS AT LAW

206 SCOTT STREET | SHAKOPEE, MINNESOTA 55379
TELEPHONE: (952) 445-2817 | FAX: (952) 445-0812
WWW.JMWLAW.COM

*Qualified neutral under Rule 114 of the Minnesota Rules of Practice