# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, *on behalf of its members*, and Scott Smith,<br><br>      Plaintiffs,<br><br>v.<br><br>Monali, Inc., Minesh Bhakta, and Rasheshri Bhakta,<br><br>      Defendants. | Civil No. 15-cv-1522 (MJD/TNL)<br><br>**ORDER** |

Paul R. Hansmeier, Class Justice PLLC, 100 Fifth Street South, Suite 1900, Minneapolis, MN 55402 (for Plaintiffs/Counter Defendants);

Amber R. Koth and James P. Conway, Jaspers, Moriarty, & Wetherille, P.A., 206 Scott Street, Shakopee, MN 55379 (for Defendants/Counter Claimants).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 12, 2016 (ECF No. 39), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Dismiss (ECF No. 12) is **DENIED**.

2. Defendants' Motion for Judgment on the Pleadings and Alternative Relief (ECF No. 25) is **GRANTED IN PART and DENIED IN PART.**

Date: March 3, 2016          s/Michael J. Davis
                     The Honorable Michael J. Davis
                     United States District Court Judge
                     for the District of Minnesota